UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHELIA L. ALLEN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 2:21-cv-00029 |
| | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

# ORDER

In this social security appeal, Magistrate Judge Frensley has entered a Report and Recommendation (R&R) in which he recommends that Plaintiff's Motion for Judgment on the Administrative Record be granted and that the case be remanded to the Commissioner with conditions. No objections have been filed to the R&R.

Having considered the R&R and the file *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The R&R (Doc. No. 19) is **ACCEPTED** and **APPROVED**;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED**; and

(3) This matter is **REMANDED** to the Commissioner for the determination of whether, consistent with the R&R, Plaintiff meets the qualifications for disability under Grid Rule 202.06, keeping in mind that she cannot return to her past relevant work.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2